cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. ZAWICKI, ) | Civil No.06cv0617 LAB (AJB) |
| Plaintiff, ) | |
| v. ) | Order Continuing Early Neutral Evaluation Conference |
| NCB MANAGEMENT SERVICES, INC., ) | |
| Defendants. ) | |

Upon the written request of defense counsel to continue the Early Neutral Evaluation Conference, with no objection from opposing counsel and for good cause being shown, the Early Neutral Evaluation Conference currently scheduled before Magistrate Judge Battaglia on September 27, 2006 is hereby continued to *October 16, 2006 at 10:00 a.m.* The Court is in receipt of Plaintiff's Early Neutral Evaluation Conference statement. Defendant's Early Neutral Evaluation Conference statement shall be served on opposing counsel and submitted to the Court no later than *October 9, 2006.* Defendant's client representatives may appear *telephonically* at the Early Neutral Evaluation Conference.

IT IS SO ORDERED.

DATED: September 25, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

06cv0617

1