cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. ZAWICKI,<br><br>        Plaintiff,<br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>        Defendants. | Civil No.06cv0617 LAB (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On October 16, 2006, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Robert L. Hyde, Esq. and James Zawicki. Appearing for Defendant was Hugh A. McCabe, Esq.

The case did not settle. The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *October 31, 2006*;

2. The need for a discovery plan to be lodged with Judge Battaglia is *waived;* and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *November 15, 2006*;

4. Counsel are ordered to appear *telephonically* **on November 27, 2006** at **9:00 a.m.,** in the chambers of Judge Anthony J. Battaglia for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). The telephone number is (619)557-3446. Plaintiff's counsel shall initiate the conference call.

1  Failure of any counsel or party to comply with this Order will result in the imposition of
2  sanctions.
3  IT IS SO ORDERED.

5  DATED:  October 16, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court