1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JAMES P. ZAWICKI, | CASE NO. 06CV0617-LAB (AJB) |
|---|---|
| Plaintiff, | **ORDER DENYING JOINT MOTION TO DISMISS** |
| vs. | |
| NCB MANAGEMENT SERVICES, INC., | |
| Defendant. | |

On March 2, 2007, Defendant filed a joint motion to dismiss the action, signed by both parties. The motion, however, provides that the Court will retain jurisdiction for purposes of enforcing the settlement agreement.

As ¶ 3(a) of the Court's standing order states, the Court will not approve such a provision unless it is accompanied by a Consent to Exercise of Jurisdiction by a United States Magistrate Judge over all disputes arising out of the settlement agreement, including interpretation and enforcement of the terms of the settlement agreement, signed by all parties and their counsel.  The joint motion must

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

include language specifically mentioned in the Standing Order, relating to the Magistrate Judge's jurisdiction. The joint motion is not accompanied by the Consent form, nor does it include the required language. The joint motion is therefore **DENIED**.

    **IT IS SO ORDERED**.

DATED: March 16, 2007

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
United States District Judge